# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-2775

—————————————————

ROGER EARL BENDER JR,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Darlene F. Dickey, Judge.

December 19, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.